rec'd
revd
SEM
3/08(2)

MAR 0 8 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

March 5, 2021.

Candace Wanzo is my loving, supportive niece. I was diagnosed with cancer twice - in 2016 and in 2019. I had cancer surgery at SSM Health, Clayton Mo. I was discharged on 12-7-2019 to Centralia Manor for Rehab and Recovery. I was discharged 1-21-2020 to prepare for chemo and possibly radiation. I started weekly chemo treatments from Feb. 2019 to June 2019. Candace took me to Cancer Care Specialists of Illinois until the pandemic started. Candace was there for me 24/7, she visited me in the hospital and also when I was in Centralia Manor. She continues to check on me daily doing whatever I need done, including bringing me meals. I am 87 years young and have type II diabetes and high cholesterol. God allows me to do some things for myself. It is a comfort to me to have Candace available whenever problems arrive

Candace is the proud mother of a daughter who works full time while pursuing a PHD degree. Candace is truly a blessing, she willingly and faithfully helps so many people, especially those of us who are seniors that need help in trying to get through life's challenges. We don't know what we'll do without Candace's help.

Please consider Candace's passion for helping others; she continues to be available to those who need help. Thanking you in advance for any mercy shown to Candace.

Sincerely
Maryann Collins



SAINT LOUIS MO 630
5 MAR 2021 PM 4 L

The Honorable Sue E. Myerscough
U S District Judge
319 U.S. Courthouse
600 E Monroe Street
Springfield IL 62701

Mrs. Maryann Collins
40 Evergreen Dr
Centralia, IL 62801-4351