20 - 30029

March 7, 2021

rec'd
fwrd
Sem
3/09/21

The Honorable Sue E. Myerscough
U S District Judge
319 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

Dear Judge Myerscough:

I am writing this letter for my cousin, Candace "Candy" Wanzo, who I have known well for over 55 years. Her Mom and my Mom are sisters. There were also 3 brothers. Out of these 5 siblings accomplishments include: 1st black pilot for United Airlines, President of Southern Illinois University Board of Trustees, Illinois Social Worker's "Woman of the Year" Award, National Association of Social Workers, Southern Illinois District "Citizen of the Year" Award, Business and Professional Women's "Woman of the Year" Award, President of the Community Resource Center, Centralia Library Board President, Illinois Association of Club Women and Youth Affiliates "Club Woman of the Year" Award…and the list goes on and on and on.

Out of these 5 siblings, there were a total of 15 children, all raised to give back and help others. I am one of the 15 children and out of all the rest Candy is my favorite cousin. She is so selfless in giving to others that I cry thinking about her current situation. It brings me to tears because I know how good and giving Candy is. I'm an example of what my cousins, siblings and I were taught and how we live our lives. My church is in Roselle, IL and I am currently a Trustee and the Chairperson of 3 ministries (Education, Girls Mentoring and Boys Mentoring). Yet, of all of us (my cousins, siblings and I), Candy is the best example of helping others and giving back. In fact, I feel Candy is the best example of giving back and helping others in our entire extended family.

Centralia is a small town, which has been slowly dying over the last few decades. The population has decreased dramatically, homes where most of my childhood friends lived are now empty lots, good jobs are fading and fewer and fewer are left to help their neighbors. Candy is one who has spent a lifetime helping others and means so much to the Centralia community.

I don't know what my Mom would have done without Candy. After caring for her Mom, who died in 2016, for years, Candy has been the primary caretaker for my Mom. My Mom has been battling cancer for the past 7 years. My brothers and sister don't live in Centralia. Candy has been the one taking care of her, driving her to doctor appointments, which can be multiple times a week, and where some appointments are miles away in St. Louis and/or require hours of chemo treatment. On a daily basis, she's always there for my Mom and for others. People at my hometown Centralia church tell me about how she surprises the elderly with cakes for their birthdays, cooks meals to comfort those in grief, and is always helping when no one else seemed to care. That's Candy.

I've never seen Candy live lavishly or extravagantly. She always lived in a very small, probably less than 1,000 square foot home. I've never seen her spending big on herself. She's always given far more than she's ever received. I see the pain and anguish written on her face, and it breaks my heart. As a Christian, the bible tells us all have sinned. Hopefully, you do feel that some people have done so extraordinarily much for others that they deserve a break. When someone has lived a life of helping others, I would hope that counts for something. If you knew Candy like I do, you'd love her just as much as we do and would know she's needed and the world would be much better off with her outside than inside. Her family needs her, my Mom needs her, her church needs her and Centralia needs her. Please help all of us and be lenient in your judgement. Thank you for your consideration.

Sincerely,

Steve Collins
847-452-7148
collins1883@sbcglobal.net


CC  Mr. Howard Feldman, Attorney at Law

Stava Collins
2 Cherrywood Dr,
Schaumburg, IL
      60194

The Honorable Sue E. Myerscough
U S District Judge
319 U.S. Courthouse
600 E Monroe Street
Springfield, IL
      62701



```
ORIGIN ID:NOHA  (847) 452-7148         SHIP DATE: 08MAR21
STEVE COLLINS                          ACTWGT: 0.50 LB
                                       CAD: 6990346/SSF02121
2 CHERRYWOOD DR

SCHAUMBURG, IL 60194                   BILL CREDIT CARD
UNITED STATES US

TO  THE HON. SUE E. MYERSCOUGH
    US DISTRICT JUDGE
    319 U.S. COURTHOUSE
    600 E. MONROE ST
    SPRINGFIELD IL 62701
   (888) 888-8888           REF:
   INV:
   PO:                      DEPT:
```



TRK# 0201 7844 9204 1081      TUE - 09 MAR 4:30P
                              STANDARD OVERNIGHT

XX SPIA                       62701
                       IL-US  STL

