


Bus. Office Ph.: 618-533-4176
Fax: 618-533-4178
sbaptist4176@charter.net
Website: sbcen.org
Cell: 314-393-7289

Isaac D. Parker, Pastor/Teacher
3n1fisher@gmail.com

Mar. 09, 2021

To Whom It May Concern:

It is with trust and confidence in who I believe Candice Wanzo is today, that I submit this recommendation, in hope that is of some benefit to Candice in this issue of her life.

I have known Candice 7+ years as I was elected Pastor of Second Baptist Church where she had membership. I am pleased to share this letter because of the change (*growth*) I believe has taken place and is yet occurring in Candice. I've mentioned Candice's church member not her "exemplary attendance and involvement".

There has been change in Candice. She has a new (*if not re-newed*) desire for her God, her Savior, and yes her church family. She indeed has shown over at least the past 3 years that a change is in effect. This effect is evidenced by the newness in church attendance, bible study, and being personally involved (*hands-on*) with church fellowship and ministry.

So please let me know if I might provide any other means of support.

Sincerely,

FILED
MAR 15 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Minister Isaac D. Parker
Pastor, Second Baptist Church, Centralia Il.

Isaac D. Parker
5945 Sir Edward Ct.
Florissant MO. 63033

SAINT LOUIS MO 630
11 MAR 2021 PM 6 L

The Honorable Sue E. Myerscough
US District Judge
319 U.S. Court House
600 E. Monroe St.
Springfield, Illinois 62701