March 12, 2021

John Collins
10611 Meadow Lake Lane
Houston, Texas 77042



The Honorable Sue E. Myerscough
US District Judge, 319 US Courthouse
600 E. Monroe St.
Springfield, IL. 62701

FILED
MAR 1 8 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Honorable Sue E. Myerscough:

I'm reaching out to you on behalf of my cousin, Candace Faye Wanzo. 'Candy' is a pillar in not only my family but our entire community as well. When I received the news of these charges, I was heartbroken. While I admit to not knowing all the details in the case, I humbly petition your court for leniency for a person who means so much to so many people.

You may know that Candy is a single mother to a young lady, Megan, whose finishing her college education on the verge of beginning her own professional career. They both are 'road warriors' driving hundreds of miles daily to fulfill their jobs and/or classes. Candy has shown this type of dedication since commuting to/from colleges many years ago. While traveling hours each day for her job, Candy somehow still managed to routinely care for so many in Centralia. Nearly everyone knows her in town. She's become quite a cook, truly making her mother, my Aunt Delores -- whose one of the two best cooks bar none – proud. Candy has become known for her fabulous, home-cooked meals which she blesses many who may not cook for themselves.

My mother, MaryAnn Collins, is one of them. Yet cooking is but a small part of the special care she's consistently given. You see, I and my four adult siblings live several hours by car or plane away from Centralia. This distance became especially difficult when mama was diagnosed with stage IV cancer in 2014. While we get back when we can, it was Candy more than anyone else who provided mamas transportation to/from her chemo treatments and doctor's appointments is Centralia and St. Louis. Mama and Aunt Delores were both diagnosed with stage IV cancer the same year. After a courageous fight, Aunt Delores transitioned to her eternal home a couple years later. Through mourning the loss of her mother, Candy's care for my mother didn't fade. Actually we leaned on her even more when mama's cancer returned in 2019.

I could go on and on with examples of countless sacrifices Candy has made for mama as well as others in the community. Suffice it to say she is one of the most caring and generous people I know. At this stage of her life, I ask your kind consideration to please show mercy on not only Candy but her extended family and community who truly needs her.

Sincerely,

John Collins

J Collins
10611 Meadow Lake Ln.
Houston, TX 77042

NORTH HOUSTON TX 773
12 MAR 2021 PM 5 L

The Honorable Sue E. Myerscough
US District Judge, 319 US Courthouse
600 E. Monroe St.
Springfield, IL. 62701

